People v Gardner (2025 NY Slip Op 05446)

People v Gardner

2025 NY Slip Op 05446

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Oct. 3, 2025.)

KA 22-01430.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
DAVID GARDNER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion to dismiss appeal granted. Matter remitted to Supreme Court, Monroe County, to vacate judgment of conviction and dismiss indictment (see People v Matteson , 75 NY2d 745, 747 [1989]).